### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| ARTUR GRIGORYAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: |
| ) | 2:11-cv-1933-WMA-PWG |
| ) | |
| FELICIA SKINNER, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This is a action on a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (*See* Doc.[1] 1). The Petitioner, Artur Grigoryan, seeks review of the lawfulness of his continued detention by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), pending deportation to Uzbekistan. On October 5, 2011, respondents filed a motion to dismiss the action as moot because Petitioner has been released under an order of supervision. (Doc. 9). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by an Assistant Field Office Director for the Department of Homeland Security stating that the petitioner was released on October 4, 2011 on an order of supervision. (Doc. 9-1). Thus, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas

---

[1]  References herein to "Doc. __" are to the docket numbers assigned by the Clerk of the Court to the pleadings filed in this matter.

petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *See Murphy v. Holder*, 2010 WL 1994179 (N.D. Fla. April 13, 2010); *Subrun v. Holder*, 2009 WL 3568670 (S.D. Fla. Oct. 30, 2009); *Dong v. Holder*, 2009 WL 2987418 (S.D. Ala. Sept. 9, 2009). A separate order will be entered.

    **DONE** and **ORDERED** this 11th day of October, 2011.

```
                                      _____
                                      WILLIAM M. ACKER, JR.
                                      UNITED STATES DISTRICT JUDGE
```